UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

JAN KONOPCA,                            :

    Plaintiff(s),

                                    :       Civil No. 15-774(AET)

    v.

                                    :       ORDER DISMISSING CASE

NATIONS RECOVERY CENTER,

INC., ET AL.,                           pursuant to L.Civ.R.41.1

    Defendant(s),              :

It appearing to the Court that the above case has been pending for more than four months without any proceeding having been taken therein, and no objection having been entered at a call of the calendar,

It is on this 3rd Day of November, 2015,

O R D E R E D  that the above case be and the same hereby is dismissed in accordance with L.Civ.R.41.1, without prejudice and without cost to either party.

                                                 ANNE E. THOMPSON

                                         UNITED STATES DISTRICT JUDGE